# *United States District Court*

SOUTHERN ___ DISTRICT OF ___ FLORIDA

SEP 2 2 2000

CLERK U.S. DIST. LAUD.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

JAMES E. RAYNOR
QUINCE ALBERT STEWART

## CRIMINAL COMPLAINT

CASE NUMBER: 00-4222-Snow

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From in or about ___September 15, 2000 to on or about September 22, 2000___, in ___Broward___ county, in the ___Southern___ District of ___Florida___ defendant(s) did, (Track Statutory Language of Offense)

conspire to possess with intent to distribute cocaine and possess with intent to distribute cocaine;

in violation of Title ___21___ United States Code, Section(s) 846 and 841(a)(1)

I further state that I am a(n) DEA Task Force Officer and that this complaint is based on the following
facts:

Please see attached affidavit.

Continued on the attached and made a part hereof:   [x] Yes  [ ] No

Signature of Complainant
EDDY MARILL, TASK FORCE OFFICER
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence,

September 22, 2000              at   Fort Lauderdale, Florida
Date                                 City and State

UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer        Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Detective Eddy Marill being duly sworn state the following:

1. I am a detective with the City of Sunrise Police Department and have been employed since March 4, 1991. I am currently assigned to the DEA Southeast Florida Regional Task Force Group 1 in Fort Lauderdale. I have been assigned to the Vice Intelligence Narcotics Unit since February of 1998. I have been Federally Deputized in August 1999, and have been empowered to enforce all violations of the Federal narcotics laws. I have attended numerous narcotics training schools and throughout the course of my career made numerous drug related arrests and seizures. The following information is a result of personal knowledge as well as information provided to my by other agents/officers who have worked on this investigation.

2. On September 15, 2000, members of the DEA Southeast Florida Regional Task Force Group I debriefed a confidential informant (hereinafter referred to as informant) at the Fort Lauderdale District Office. The informant advised that Rayner E. James and Quince A. Stewart are two independent cocaine traffickers operating in the South Florida area.

3. On September 20, 2000, at approximately 10:30 a.m., the informant called James and arranged a meeting with James at the Dave and Busters Restaurant, 3000 Oakwood Boulevard, Hollywood, Florida, to discuss the purchase of ten kilograms of cocaine. The informant was searched and found to be free of illegal contraband. The informant was equipped with a consensual eavesdropping device. On September 20, 2000 at approximately 2:30 p.m., the informant met with James and Stewart at the meet location and discussed the ten kilograms of cocaine transaction.

4. During the meeting, James and Stewart advised the informant that they were ready to complete the narcotics transaction. The defendants told the informant that they wanted to sell

the informant five (5) kilograms of cocaine on the first transaction. The informant would then be able to test the quality of the cocaine and then they would sell the other five (5) kilograms of cocaine later in the day. James and Stewart further advised that the informant could come back to Stewarts' residence, located at 6971 SW 40th St., Miramar, Florida and look at five of the ten kilograms of cocaine. The informant told James that the informant would contact James a short time later.

5. On September 20, 2000, at approximately 4:00 p.m., the informant contacted James. During this conversation, James told the informant that he would be at the residence, 6971 SW 40th Street, Miramar, Florida in one half-hour and for the informant to come by the residence. At approximately 4:30 p.m., surveillance was established at 6971 SW 40th Street, Miramar, Fl. At approximately 6:30 p.m., The informant arrived at the residence. While in the residence, the informant met with James and Stewart. The informant was displayed five kilograms of cocaine. While they were looking at the cocaine, the informant requested a sample. During which time, James, Stewart and the informant cut into one of the kilograms of cocaine to retrieve the sample. A short time later, the informant left the residence with said sample of cocaine. The cocaine sample was field and tested with positive results.

6. Shortly after the informant left the residence, surveillance observed Stewart and James exit the residence and walked behind a silver BMW, at which time, Stewart placed a blue and white box into the trunk of the vehicle. Stewart and James then drove the vehicle to a parking spot away from the residence. They then exited the vehicle and walked back to the residence. At this time, constant surveillance was maintained on the silver BMW and Stewart's residence. At about the same time, the agents/officers obtained a State search warrant. Stewart and James were standing in front of the residence while the Hollywood SWAT team executed the

search warrant. James and Stewart were placed into custody at that time. Stewart was searched and found to be in possession of a loaded black 9 millimeter semi-automatic Beretta hand gun, concealed in his front waist band.

7. Subsequent search of the vehicle revealed 5 kilograms of cocaine in the white and blue colored box and a small amount of cocaine wrapped in a clear plastic bag was found next to the box. Inside the residence additional cocaine, marijuana, $26,400 in U.S. currency, scales, and additional evidence was seized.

8. James and Stewart were taken into custody processed and transferred to the Broward County jail.

FURTHER AFFIANT SAYETH NAUGHT.

*Eddy Marill*
EDDY MARILL, TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION

Sworn and subscribed to me this 20
day of September, 2000.

UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-4222-Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v

RAYNOR E. JAMES, and
QUINCE ALBERT STEWART

    Defendants.

## CRIMINAL COVER SHEET

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999? ____ Yes  __X__ No

2. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____Yes  __x__ No

3. Has AUSA Richard Scruggs had supervisory authority over, or otherwise participated in, this case?
____ Yes  __x__ No

          Respectfully submitted,

          GUY A. LEWIS
          UNITED STATES ATTORNEY

BY: _____
      Terrence J. Thompson
      ASSISTANT UNITED STATES ATTORNEY
      Court Bar Number A55000063
      500 E. Broward Boulevard, 7th Floor
      Fort Lauderdale, Florida  33394-3002
      TEL (954) 356-7255
      FAX (954) 356-7336
      E-MAIL ADDRESS:
          Terrence.Thompson@justice.usdoj.gov