AO 442 (Rev. 12/85) Warrant for Arrest  AUSA TERRENCE J. THOMPSON TFO S/A EDDY MARILL (954) 489-1823

## *United States District Court*

_____SOUTHERN_____ DISTRICT OF _____ FLORIDA_____

UNITED STATES OF AMERICA

V.

QUINCE ALBERT STEWART

D.C.

SEP 2 2 2000

CT.
LAUD.

**WARRANT FOR ARREST**

CASE NUMBER: *OO- 4222-Snou*

TO:    **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest_____ QUINCE ALBERT STEWART _____
                                                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment     ☐ Information     ☒ Complaint     ☐ Order of court     ☐ Violation Notice     ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to possess with intent to distribute cocaine and possess with intent
to distribute cocaine;

in violation of Title 21 United States Code, Section(s) _846 and 841(a)(1)_____

LURANA S. SNOW_____
Name of Issuing Officer

*[signature]*

Signature of Issuing Officer

Bail fixed at $___ Pre-trial detention - *requested*

UNITED STATES MAGISTRATE JUDGE_____
Title of Issuing Officer

9-22-00 -Ft. Lauderdale
Date and Location

*[signature]* Lurana J. Snow

by LURANA S. SNOW UNITED STATES MAGISTRATE JUDG
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at_____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ QUINCE ALBERT STEWART _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____ 07/30/63 _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

DESCRIPTION OF AUTO: _____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS: ___ DEA, 1475 W. CYPRESS CREEK BLVD, FT LAUDERDALE, FL 33309 ___

_____ TFO EDDY MARILL (954) 489-1823 _____