# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6285-CR-Seitz

UNITED STATES OF AMERICA,
 Plaintiff,

v.

Quince Albert Stewart
 Defendant.
_____/

ORDER ON INITIAL APPEARANCE

Language __English__
Tape No. __00-077__
AUSA __Thompson__
Agent _____

The above-named defendant having been arrested on __10-4-00__, having appeared before the court for initial appearance on __10-4-00__, and proceedings having been held in accordance with F.R.C.P. 5 or 40(a), it is thereupon ORDERED as follows:

1. __Juan Movrin__ appeared as permanent/(temporary) counsel of record.
 Address: _____
 Zip Code: _____ Telephone: __305-325-8119__

2. _____ appointed as permanent counsel of record.
 Address: _____
 Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at __IRC 10-10-00 10:00am__ Miami

4. Arraignment/~~Preliminary/Removal/Identity~~ hearing is set for __10- -00__ 19__10am__ (Miami)

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____
 A detention hearing, pursuant to 18 U.S.C. 3142(f), is set for __10-10-00__, 19__ 10:00am Miami__.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18: U.S.C. 3142:
 PTD Requested

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

___ b. Report to Pretrial Services as follows: _____ times a week by phone _____ times a week in person; other: _____

___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

___ d. Maintain or actively seek full-time gainful employment.

___ e. Maintain or begin an educational program.

___ f. Avoid all contact with victims of or witnesses to the crimes charged.

___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

___ h. Comply with the following curfew: _____

—1—

SD/F M-1
Rev.12/95

_____ i. Comply with the following additional special conditions of this bond: _____
_____
_____

This bond was set :   At Arrest         _____

                          On Warrant      _____

                          After Hearing   _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____
_____

__ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

    DONE AND ORDERED at Ft. Lauderdale this 4 day of October, 2000

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
    WHITE to Court file
    BLUE to defendant
    GREEN to Assistant U.S. Attorney
    YELLOW to Counsel
    PINK to U.S. Marshal
    GOLD to Pretrial Services

SD/F M-1
Rev 01/00