COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE

DEFT: Quince Albert Stewart (J)#    CASE NO: 00-6285-CR-Seitz
AUSA: Terry Thompson *present*    ATTNY: Juan Mourin (temp)
AGENT:    305-325-6119
VIOL: 21:846
PROCEEDING: Initial Appearance    BOND REC: PTD  *Called*
BOND HEARING HELD – yes/no    COUNSEL APPOINTED: *requested monday for PTD*
___ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) ~~Maintain or seek full-time employment.~~
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

*1- advised of charges*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 10-10-00 | 10:00am | Miami/Duty |
| PTD/BOND HEARING: | 10-10-00 | 10:00am | Miami/Duty |
| PRELIM/ARRAIGN. or REMOVAL: | 10-10-00 | 10:00am | Miami/Duty |
| STATUS CONFERENCE: | | | |

DATE: 10-4-00    TIME: 11:00am    TAPE # 00-077    PG # 4

1900-2294

#7
HL