UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55484-004

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR 00-6285-CR-Seitz
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
Stewart, Quince )
        Defendant

*********************************************************

TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE
*********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 10-4-00 9:00 (am)/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Poss / Consp. Cocaine

(4) U.S. Citizen [ ] Yes [✓] No [ ] Unknown

(5) Date of Birth: 7-30-63

(6) Type of Charging Document: (check one)
    [✓] Indictment [ ] Complaint To be filed/Already filed
    Case# 00-6285-Seitz

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/Fla

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $ PTD
Who set Bond: Seitzer

(7) Remarks: Detainer p/up B.S.O.

(8) Date: 10-4-00   (9) Arresting Officer:

(10) Agency: USMS   (11) Phone:   OCT - 6 2000

(12) Comments:   Rec'd in Int Dkt

#9
#1