AO 442 (Rev. 12/85) Warrant for Arrest  AUSA TERRENCE J. THOMPSON TFO S/A EDDY MARILL (954) 489-1823

## United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA   509533

UNITED STATES OF AMERICA

v.

QUINCE ALBERT STEWART

**WARRANT FOR ARREST**

CASE NUMBER: 00-4222-Snow

00-6285 CR Seitz

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ QUINCE ALBERT STEWART _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to possess with intent to distribute cocaine and possess with intent to distribute cocaine;

in violation of Title 21 United States Code, Section(s) 846 and 841(a)(1)

LURANA S. SNOW
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ Pre-trial detention - requested

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

9-22-00 - Ft. Lauderdale
Date and Location

by LURANA S. SNOW UNITED STATES MAGISTRATE JUDG
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at detainer p/u from BSO | | |
| DATE RECEIVED 9/22/2000 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 10/04/2000 | James A. Tassone, USM | Ed Purchase, SDUSM |

complaint indicted to case #00-6285-Cr-Seitz

#12
HA