UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: __00-6285-CR-SEITZ__

UNITED STATES OF AMERICA,

vs.

QUINCE ALBERT STEWART

_____

ORDER ON HEARING TO
REPORT RE COUNSEL

FILED by ___ D.C.
MAG. SEC.
OCT 1 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel_____
appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

___✓_____ The defendant requested further time to retain counsel and shall appear before the Court on __10-16-00__ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date. PTD 10-16-00; Arr 10-24-00

DONE AND ORDERED at Miami, Florida this __10TH__ day of __OCTOBER__, 2000.

TAPE NO. 00E-_29-739_

c: AUSA
   Defense Counsel
   Pretrial Services or Probation
   U.S. Marshal

_____
UNITED STATES MAGISTRATE JUDGE
PETER R. PALERMO

#17