UNITED STATES OF AMERICA
SOUTHERN DISTRICT COURT

CASE NO. 00-6285-CR-SEITZ

UNITED STATES OF AMERICA,

v.

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

Quince Stewart

FILED by _____ D.C.
OCT 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

COMES NOW ~~[struck out]~~ Jason Grey and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any **personal surety bond** which may be set.

Counsel's Name (Printed) Jason Grey

Counsel's Signature _____

Address 1571 N.W. 13th Ct.

Miami, Fl     ZIP CODE: 33125

Telephone (305) 325-8119

#18