kdntcattyapr.    *FILED BY* _____

*2000 OCT 24 AM 10: 48*

*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA - MIA*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _00 6285 CR Seitz_

UNITED STATES OF AMERICA

v.

*Quince Stewart*

**NOTICE OF PERMANENT**
**APPEARANCE AS COUNSEL**
**OF RECORD**

        COMES NOW ___*Jason Grey*___, and files this
appearance as counsel for the above named defendant(s).  Counsel
agrees to represent the defendant(s) for all proceedings arising
out of the transaction with which the defendant(s) is/are presently
charged in the United States District Court in and for the Southern
District of Florida.

        Counsel hereby states that this appearance is unconditional
and in conformity with the requirements of Local General Rule
11.1(D)and Rule 4 of the Special Rules Governing the Admission and
Practice of Attorneys.

        Counsel acknowledges responsibility to advise the defendant(s)
of the right of appeal, to file a timely notice of appeal if
requested to do so by the defendant(s), and to pursue that appeal
unless relieved by Court Order.

        **FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS
FOR WITHDRAWAL FROM THIS REPRESENTATION.**

    DATED: _10/24/00_____

                        Attorney _*Jason Grey*_____

                        Address _1571 NW 13th Ct_____

                        City _Miami_ State _Fla_ Zip Code _33125_

                        Telephone (305) 325-8119_____

        The undersigned defendant(s) hereby consent(s) to the
representation of the above counsel.

                        _____

                        _____

                        _____

#21
#1