FILED BY_____D.C.

2000 OCT 24  AM 10:48

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6285-CR-SEITZ

UNITED STATES OF AMERICA

vs.

QUINCE STEWART

        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No.: 55484-004

Language: English

The above-named Defendant appeared before **Magistrate Judge TED E. BANDSTRA**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:

Address: IN CUSTODY

Tel. No: _____

Defense Counsel:  Name: Jason Grey
1571 NW 13 Court
Miami  33125

Tel. No. 305 325 8119

Bond Set/Continued:  $ 500K

Dated this 24TH day of OCTOBER, 2000.

CLARENCE MADDOX, COURT ADMINISTRATOR

BY PATRICIA FITZPATRICK
   Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 00B-_____
DIGITAL START NO._____

#23
HN