UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6285-CR-SEITZ

UNITED STATES OF AMERICA

v.

QUINCE ALBERT STEWART,
et al.,
_____/

FILED by _____ D.C.
JAN 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## NOTICE

Please take notice that the above case has been set for hearing on Defendant Stewart's Motion to Suppress at the United States Courthouse, 301 North Miami Avenue, 5th Floor on **January 24, 2001,\* at 10:00 a.m.**

Dated: January 17, 2001

BY ORDER OF THE COURT

Clarence Maddox, Clerk

By: _____
Deputy Clerk

Copies to:
Kathleen Rice, AUSA
Jason Grey, Esq.
Carl Lida, Esq.

*The January 23, 2001 hearing orally set in the courtroom at the status conference is canceled.