UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6285-CR-SEITZ/GARBER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

QUINCE ALBERT STEWART,

    Defendant.
_____/

### GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and files this unopposed motion for a brief continuance of the suppression hearing currently scheduled before this Court on January 24, 2001, and in support thereof, states as follows:

1. On January 10, 2001, the defendant, Quince Albert Stewart, filed a motion to suppress pertaining to the warrantless search of the defendant's automobile in which five kilograms of cocaine were discovered;

2. On January 16, 2001, the undersigned filed a response setting forth the reasons that the defendant's motion should be denied, including the pertinent fact that a canine had alerted on the defendant's vehicle for the presence of narcotics;

3. On January 17, 2001, this Court scheduled a hearing on the defendant's motion for Wednesday, January 24, 2001 at 10:00 a.m. Immediately after leaving the status conference in

this matter, the undersigned began the process of notifying witnesses for the hearing;

4. At approximately 5:00 p.m., on January 18, 2001, the undersigned received a message from Hollywood Police Department Canine Officer Truntz, whose canine alerted on the vehicle, that he was leaving the next morning on a pre-paid family vacation to California and would be unavailable through January 30, 2001. Since that time, the undersigned and case agents have attempted to secure the appearance of Officer Truntz through the Hollywood Police Department but have been unable to do so;

5. Officer Truntz is an essential government witness at the suppression hearing as the defendant has challenged whether there was probable cause to justify a warrantless search of the vehicle;

6. The undersigned has conferred with counsel for the defendant who has no objection to continuing the suppression hearing until after January 30, 2001. In addition, counsel for the defendant and the undersigned are actively exploring a resolution of this matter which would obviate the need for a suppression hearing; and

7. This motion is not being made for purposes of delay, but is intended only to ensure that the government be allowed to present the testimony of an essential witness.

WHEREFORE, the government respectfully requests that this Court grant a brief continuance of the suppression hearing currently scheduled in this matter until sometime after January 30, 2001.

Respectfully submitted:

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, Florida 33394
(TEL): (954) 356-7255, ext. 3512
(FAX): (954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by fascimile and by United States mail this 22nd day of January, 2001, upon: Jason P. Grey, Esquire, 1571 N.W. 13th Court, Miami, Florida 33125 and Carl Lida, Esquire, 8751 West Broward Boulevard, Suite 305, Plantation, Florida 33324.

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY