UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6285-CR-SEITZ

UNITED STATES OF AMERICA

v.

QUINCE ALBERT STEWART,

_____/



FILED by ___ D.C.
JAN 30 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA - MIAMI

**NOTICE**

Please take notice that the above case has been set for

Change of Plea

at the United States Courthouse, 301 North Miami Avenue, 5th Floor on **February 15, 2001, at 9:00 a.m.**

Dated: January 30, 2001

BY ORDER OF THE COURT

Clarence Maddox, Clerk

By: _____
Deputy Clerk

Copies to:
Kathleen Rice, AUSA
Jason Grey, Esq.