CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE PATRICIA A. SEITZ, JUDGE


FILED by _____ D.C.
FEB 15 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6285-Cr        Date 2/15/01
Clerk L. Webb              Reporter D. Ehrlich
USPO No                    Interpreter No

UNITED STATES OF AMERICA v. Eunice Albert Stewart

AUSA R. Rice               Defense Counsel J. Green

Defendant(s): Present  X   Not Present _____   In Custody Yes
Reason for Hearing: Change of plea to

Result of Hearing: Adjudicated Guilty;
PSI ordered; referred to probation

5/14/01
Sentencing ~~Hearing~~ @ 8:30 A.M.

Misc.: 

Case Continued to: _____   Time _____   For _____