## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA


THE UNITED STATES OF AMERICA, )
                               )         CASE NUMBER
            PLAINTIFF,         )         00-6285-CR-SEITZ
                               )
       VS.                     )
                               )
RAYNOR E. JAMES, AND           )     THIS VOLUME:
QUINCE ALBERT STEWART,         )       PAGES 1 - 6
                               )
            DEFENDANTS.        )
_____)

                (TRANSCRIPT BY TAPE)

        TRANSCRIPT OF INITIAL APPEARANCE HAD BEFORE THE

HONORABLE PETER R. PALERMO, IN MIAMI, MIAMI-DADE COUNTY,

FLORIDA, ON OCTOBER 10, 2000, IN THE ABOVE-STYLED MATTER.



APPEARANCES:

FOR THE GOVERNMENT:      EDWARD STAMM, A.U.S.A.

FOR DEFENDANT JAMES:     CARL LIDA, ESQ.

FOR DEFENDANT STEWART:   JASON P. GREY, ESQ.




                    CARL SCHANZLEH
                 OFFICIAL COURT REPORTER
                    U. S. COURTHOUSE
              299 E. BROWARD BLVD., 202B
            FORT LAUDERDALE, FLORIDA 33301
                     954 769-5488

