UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**THE UNITED STATES OF AMERICA,** )
                                  )      CASE NUMBER
       PLAINTIFF,    )      00-6285-CR-SEITZ
                                  )
   VS.                           )
                                  )
**RAYNOR E. JAMES, AND**      )      THIS VOLUME:
**QUINCE ALBERT STEWART,**    )      PAGES 1 - 29
                                  )
       DEFENDANTS.   )
_____)

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF PRETRIAL DETENTION HEARING HAD BEFORE THE HONORABLE WILLIAM C. TURNOFF, IN MIAMI, MIAMI-DADE COUNTY, FLORIDA, ON OCTOBER 16, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:    BERNARDO PASTOR, A.U.S.A.

FOR DEFENDANT JAMES:    CARL LIDA, ESQ.

FOR DEFENDANT STEWART:  JASON P. GREY, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488