UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6285-CR-SEITZ

UNITED STATES OF AMERICA

v.

QUINCE ALBERT STEWART

_____/

FILED by ___ D.C.

MAY 15 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER CONTINUING SENTENCING

This cause came before the Court on Joint Motion for Continuance of sentencing. The Court having reviewed the motion and being otherwise fully advised, it is

ORDERED that the sentencing in this matter is continued to **June 13, 2001 at 9:00 a.m.**

DONE AND ORDERED this 14th day of May, 2001.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Kathleen Rice, AUSA, Ft. Laud.

Jason Grey, Esq.
1571 N.W. 13th Court
Miami, FL 33125

