CRIMINAL SENTENCING MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.
JUN 1 4 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA – MIAMI

Case No. 00-6285-Cr         Date 6/13/01
Clerk L. Webb               Reporter D. Ehrlich
USPO                        Interpreter N/a
USPTS

AUSA K. Rice                Def. Atty. J. Green

United States of America v. Quince Albert Stewart

Defendant(s): Present X   Not Present ___   In Custody Yes
Sentence 70 months as to Count 2
Supervised Release 3 years
Special Conditions of SR Surrendered to INS for removal

Fine $ 0                    Special Assessment $ 100.00
Advised of right to appeal Waived right to appeal
Recommendations to BOP So Fla to be near his family
Counts 1, 3 & 4 dismissed on Gov't motion.

Misc. △ withdraws plea + pleads to Count 2. △ adjudicated guilty to Count 2. Waives right to appeal.

57/B