DEFENDANT: QUINCE ALBERT STEWART
CASE NUMBER: 00-6285-CR-SEITZ/002

00-6285-CR-Seitz

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **70 Months**.

The Court recommends to the Bureau of Prisons:

Defendant be placed in a facility in South Florida to be near his family

The defendant is remanded to the custody of the United States Marshal.

*[Stamp: FILED BY JCS D.C., AUG 10 PM 3:50, CLARENCE HADDOX, CLERK US DIST CT, SD OF FLA - MIA]*

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on  7-10-01  to  FCC Coleman - Low

at  Coleman, FL  , with a certified copy of this judgment.

R D Swope, Warden
~~UNITED STATES MARSHAL~~

By: M Andrews, LIE
    ~~Deputy U.S. Marshal~~

59

USDC FLSD 245B (Rev. 9/00) - Judgment in a Criminal Case                                                                                      Page 1 of 7

# United States District Court
## Southern District of Florida
### MIAMI DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Offenses Committed On or After November 1, 1987) |
| v. | Case Number: 00-6285-CR-SEITZ/002 |
| QUINCE ALBERT STEWART | |
| | Counsel For Defendant: Jason Grey, Esq. |
| | Counsel For The United States: Kathleen Rice |
| | Court Reporter: David Ehrlich |

FILED by ___ D.C.
JUN 1 5 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

The defendant pleaded guilty to Count Two of the Indictment. Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 21 U.S.C. 841(a)(1) | Possession with intent to distribute at least five kilograms of cocaine | September 20, 2000 | Two |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count(s) One, Three and Four are dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 7/30/1963
Deft's U.S. Marshal No.: 55484-004

Defendant's Mailing Address:
6971 S.W. 40TH Street
Miramar, FL 33312

Defendant's Residence Address:
6971 S.W. 40TH Street
Miramar, FL 33312

Date of Imposition of Sentence:
June 13, 2001

PATRICIA A. SEITZ
United States District Judge

June 14, 2001

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
Date 6/15/01