1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          Case No. 00-6285-CR-PAS

   v.                             MIAMI, FLORIDA
                                    February 15, 2001
                                    VOLUME I
                                    PAGES 1 TO 39
QUINCE ALBERT STEWART

CHANGE OF PLEA
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:

        KATHLEEN RICE, ESQ.
        Assistant United States Attorney
        99 N.E. 4th Street
        Miami, FL  33132

FOR THE DEFENDANT:

        JASON P. GREY, ESQ.
        1571 N.W. 13th Court
        Miami, FL  33125


REPORTED BY:    DAVID S. EHRLICH, RPR
                Official Court Reporter
                301 N. Miami, Room 504
                Miami, Florida 33128-7788
                (305) 523-5537


Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription(CAT).


DAVID S. EHRLICH - OFFICIAL COURT REPORTER