1

FILED by _____ D.C.
APPEAL
NOV - 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA           Case No. 00-6285-CR-PAS

   v.                              MIAMI, FLORIDA
                                       June 13, 2001
                                       VOLUME I
                                       PAGES 1 TO 50

QUINCE ALBERT STEWART

SENTENCE HEARING
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:

        KATHLEEN RICE, ESQ.
        Assistant United States Attorney
        99 N.E. 4th Street
        Miami, FL 33132

FOR THE DEFENDANT:

        JASON P. GREY, ESQ.
        1571 N.W. 13th Court
        Miami, FL 33125


REPORTED BY:      DAVID S. EHRLICH, RPR
                 Official Court Reporter
                 301 N. Miami, Room 504
                 Miami, Florida 33128-7788
                 (305) 523-5537

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription(CAT).

DAVID S. EHRLICH - OFFICIAL COURT REPORTER