02-60840

PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

AC 243 (Rev. 2/95)

| UNITED STATES DISTRICT COURT | District SOUTHERN DISTRICT OF FLORIDA | | |
|---|---|---|---|
| Name of Movant QUINCE ALBERT STEWART CIV - SEITZ | Prisoner No. 55484-004 | Case No. 00-6285-CR-SEITZ | |
| Place of Confinement F.C.C. COLEMAN LOW, COLEMAN FLORIDA 33521-1031 | | | |

| UNITED STATES OF AMERICA MAGISTRATE JUDGE SORRENTINO | QUINCE ALBERT STEWART |
|---|---|
| | (name under which convicted) |

MOTION

1. Name and location of court which entered the judgment of conviction under attack  SOUTHERN DISTRICT OF
FLORIDA, MIAMI DIVISION  HON. PATRICIA SEITZ PRESIDING.

2. Date of judgment of conviction  JUNE 15, 2001

3. Length of sentence  SEVENTY MONTHS

4. Nature of offense involved (all counts) 21 U.S.C. § 841(a)(1) POSSESSION WITH INTENT TO DIS-
TRIBUTE AT LEAST FIVE KILOGRAMS OF COCAINE.




5. What was your plea?  (Check one)
   (a) Not guilty          ☐
   (b) Guilty              ☒
   (c) Nolo contendere     ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

   N/A



6. If you pleaded not guilty, what kind of trial did you have?  (Check one)
   (a) Jury         ☐
   (b) Judge only   ☐              N/A

7. Did you testify at the trial?
   Yes ☐    No ☐                  N/A

8. Did you appeal from the judgment of conviction.
   Yes ☐    No ☒

RO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

(a) Name of court _____ **N/A** _____

(b) Result _____ **N/A** _____

(c) Date of result _____ **N/A** _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
Yes ☐        No ☒

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court _____ **N/A** _____

    (2) Nature of proceeding _____ **N/A** _____

    _____

    (3) Grounds raised _____ **N/A** _____

    _____

    _____

    _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?

    Yes ☐        No ☐        **N/A**

    (5) Result _____ **N/A** _____

    (6) Date of result _____ **N/A** _____

(b) As to any second petition, application or motion give the same information:

    (1) Name of court _____ **N/A** _____

    (2) Nature of proceeding _____ **N/A** _____

    _____

    (3) Grounds raised _____ **N/A** _____

    _____

    _____

    _____

    _____

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐        No ☐                    **N/A**

(5) Result _____

(6) Date of result _____ **N/A** _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.                Yes ☐        No ☐
(2) Second petition, etc.              Yes ☐        No ☐              **N/A**

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
**N/A**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution:    If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

_____

_____

D.    Ground four: _____ **N/A** _____

_____

Supporting FACTS (state *briefly* without citing cases or law) _____
                          **N/A**

_____

_____

_____

_____

_____

_____

13.  If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:    THE ATTORNEY REPRESENTING ME CONVINCED ME TO ENTER

A GUILTY PLEA WITHOUT INFORMING ME OF THE SIGNIFICANCE OF A WARRANTLESS SEARCH OF

MY VEHICLE.    THEREFORE, NO RIGHT TO APPEAL THE SEARCH WAS SECURED, NOR WAS ANY

FORM OF REVIEW CONTEMPLATED BY THAT ATTORNEY.

_____

14.  Do you have any petition or appeal now pending in any court as to the judgment under attack?
     Yes ☐          No ☒

15.  Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

     (a) At preliminary hearing  JASON P. GRAY ESQ.   1571 N.W. 13TH COURT MIAMI, FL 33125

     _____

     (b) At arraignment and plea  _____ SAME

     _____

     (c) At trial  _____ N/A

     _____

     (d) At sentencing  _____ N/A

     _____

AO 243 (Rev. 2/95)

(e) On appeal _____ **N/A** _____

_____

(f) In any post–conviction proceeding _____ **N/A** _____

_____

(g) On appeal from any adverse ruling in a post–conviction proceeding _____
_____ **N/A** _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐     No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐     No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____ **N/A** _____

_____

(b) Give date and length of the above sentence: _____ **N/A** _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐     No ☒

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_06_ _13_ _2002_
(Date)

_____
Signature of Movant

(7)