UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.

AUG 19 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA          Case No. 00-6285-CR-PAS

    v.                              MIAMI, FLORIDA
                               February 15, 2001
                               VOLUME I
                               PAGES 1 TO 39

QUINCE ALBERT STEWART


CHANGE OF PLEA
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:

                      KATHLEEN RICE, ESQ.
                      Assistant United States Attorney
                      500 E. Broward Boulevard - 7th Floor
                      Ft. Lauderdale, FL  33394-3002

FOR THE DEFENDANT:

                      JASON P. GREY, ESQ.
                      1571 N.W. 13th Court
                      Miami, FL 33125


REPORTED BY:            DAVID S. EHRLICH, RPR
                      Official Court Reporter
                      301 N. Miami, Room 504
                      Miami, Florida 33128-7788
                      (305) 523-5537


Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription(CAT).

DAVID S. EHRLICH - OFFICIAL COURT REPORTER