1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
CT REP
AUG 19 2002

UNITED STATES OF AMERICA        Case No. 00-6285-CR-PAS

   v.                          MIAMI, FLORIDA
                               June 13, 2001
                               VOLUME I
                               PAGES 1 TO 48
QUINCE ALBERT STEWART

SENTENCE
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                KATHLEEN RICE, ESQ.
                Assistant United States Attorney
                500 E. Broward Boulevard - 7th Floor
                Ft. Lauderdale, FL  33394-3002

FOR THE DEFENDANT:

                JASON P.  GREY, ESQ.
                1571 N.W. 13th Court
                Miami, FL 33125

REPORTED BY:     DAVID S. EHRLICH, RPR
                Official Court Reporter
                301 N. Miami, Room 504
                Miami, Florida 33128-7788
                (305) 523-5537

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription(CAT)

DAVID S. EHRLICH - OFFICIAL COURT REPORTER