**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-60840-Civ-SEITZ
(00-6285-Civ-SEITZ)
MAGISTRATE JUDGE SORRENTINO

QUINCE ALBERT STEWART,        :

    Movant,        :

v.        :        FINAL JUDGMENT

UNITED STATES OF AMERICA,        :

    Respondent.        :

FILED by ___ D.C.
MAR 1 2 2003
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

For the reasons stated in the Report of the Magistrate Judge and upon independent review of the file, and having considered Movant's objections which reiterate the claims set forth in his original motion to vacate, it is hereby
    ORDERED AND ADJUDGED as follows:

1. This motion to vacate is denied.

2. All pending motions not otherwise ruled upon are dismissed, as moot.

3. This case is closed.

DONE AND ORDERED at Miami, Florida, this 12th day of _____March_____, 2003.

_____
UNITED STATES DISTRICT JUDGE
PATRICIA A. SEITZ

cc:  Quince Albert Stewart, <u>Pro Se</u>
    Kathleen Rice, AUSA